## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DANNY HODGE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-24-0823-HE |
| | ) | |
| CASEY HAMILTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

On January 22, 2026, United States Magistrate Judge Chris M. Stephens issued a Report and Recommendation, recommending the court dismiss this action without prejudice for plaintiff's failure to serve the remaining defendants.

Magistrate Judge Stephens advised plaintiff of the right to object to the Report and Recommendation as well as the consequences for failure to timely object. Any objection was due not later than February 11, 2026. To date, no objection has been filed. Plaintiff therefore has waived the right to appellate view of the factual and legal issues addressed in the Report and Recommendation. *See* <u>Moore v. United States</u>, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #26] is **ADOPTED**. Plaintiff's remaining Eighth Amendment claim for failure to protect against Deputy Warden Bo Reynolds, Lieutenant Williamson, Corrections Officer Clark, and Case Manager Cox seeking money damages in their individual capacities and prospective

injunctive relief in their official capacities is **DISMISSED WITHOUT PREJUDICE** for failure to serve the defendants.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 23rd day of February, 2026.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE